# EXHIBIT L

FRT-RD3™ (AMBI) - Rarebreed Triggers https://rarebreedtriggers.com/product/frt-rd3-ambi/



### FRT-RD3™ (AMBI)

## Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K

**NOTE:** Only one trigger per transaction.
**NOTE:** Due to limited availability, FRT-RD3 purchases are limited to one per customer every 7 days to ensure fair access for all. This limit only applies to the FRT-RD3 (AMBI) and (SEF) models.
**ATTENTION: THIS TRIGGER ONLY FUNCTIONS WITH AMBI GRIP FRAMES.**

**Contents:**

- 1 x FRT-RD3 Trigger
- 1 x Ambidextrous Safety Selector
- 1 x 1/16" Allen Key
- 1 x 2mm Allen Key

★★★★★ (17 customer reviews)

**SKU:** FRT-RD3-AMBI      **CATEGORY:** TRIGGERS

### $620.00

Out of stock

**Join The Waitlist**

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (17)

## FRT-RD3™ (AMBI)

## Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K

Take your HK roller-delayed pattern firearm to the next level with the official Rare Breed Triggers FRT-RD3™ (AMBI). This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT®)** is 100% manufactured and assembled in the USA. The FRT-RD3™ (AMBI) includes a 3-position safety selectors for HK AMBI grip frames.

**Performance on the Range**
Enhance your shooting experience with the **FRT-RD3™ (AMBI) Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your HK roller-delayed firearm's potential.

**Innovative Design and Features**

- **3-Position Functionality:** The **FRT-RD3™ (AMBI)** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, HK AMBI style safety selector.
- **Effortless Installation:** The **FRT-RD3™ (AMBI)** includes an AMBI safety selector designed for easy installation in an HK AMBI type grip frame.

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140, the **FRT-RD3™ (AMBI)** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your roller locked firearm to its limits with confidence.

**Compatibility with the HK MP5/SP5 Platform**
The **FRT-RD3™ (AMBI)** is specifically engineered to operate with the factory semi-automatic bolt carrier used in the HK MP5, MP5K, SP5, and SP5K roller-delayed pattern firearms. For that reason, the FRT-RD3™ (AMBI) is compatible with models containing factory full-auto carrier denial blocks in the receiver with no modifications needed to the firearm. The FRT-RD3™ (AMBI) provides simple plug and play installation. Please note: The FRT-RD3™ (AMBI) is also compatible with all full-auto bolt carrier groups but one is not required.

**Compatibility with the HK MP5/SP5 AMBI Grip Frame**
The HK AMBI grip frame is identified by the modern Pictogram markings (often called the "Navy" style). Instead of letters, it uses bullet icons: a white slashed bullet for Safe, a single red bullet for Semi, and (if applicable) multiple red bullets in a box for Burst or Auto. This configuration uses levers on both sides of the frame. The indicator mark is located on the forward-facing radius of the selector axle rather than a pointing tail.

**Unmatched Speed and Control**
The **FRT-RD3™ (AMBI)** is ideal for shooters seeking speed and precision. The **FRT-RD3™ (AMBI)** was designed from the ground up as a specific HK, roller-delayed trigger. Specific geometry ensures correct, safe timing and function for the roller-delayed platform with no possibility of firearm damage. The **FRT-RD3™ (AMBI)** provides a clean, crisp 2-stage trigger pull. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-RD3™ (AMBI) Forced Reset Trigger?**
If you're looking to boost your HK roller-delayed firearm's performance, the **FRT-RD3™ (AMBI) Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, versatile fitment, and seamless compatibility with the HK MP5/SP5 and similar roller-delayed firearm platforms, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your HK MP5, MP5K, SP5, or SP5K with the **FRT-RD3™ (AMBI)**.

**Manufactured and Assembled in the USA**

**Patent Notice:** This product is covered by one or more U.S. Patents, including U.S. Patent Nos. 10,514,223; 11,724,003; 12,036,336; and 12,274,807. Additional patents may be pending. Unauthorized manufacture, use, sale, or importation of this product or its covered features may constitute patent infringement.

**As always, Rare Breed Triggers encourages the safe and responsible use of our products.**

### Related products



**FRT-MR3™**
Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556
$525.00
**Read more**

**FRT-RD3™ (SEF)**
Two-Stage (3-Position) Forced Reset Trigger for the HK MP5, MP5K, SP5 & SP5K
$615.00
**Read more**

**FRT-MR3™ (FLAT)**
Single-Stage (3-Position) Forced Reset Trigger for the HK MR223 & HK MR556
$525.00
**Read more**

Captured by FireShot Pro: 19 May 2026, 02:15:06 PM
https://getfireshot.com

FRT-RD3™ (AMBI) - Rarebreed Triggers https://rarebreedtriggers.com/product/frt-rd3-ambi/

RARE BREED
TRIGGERS

2710 Central Freeway
Ste 150 - 151
Wichita Falls, TX 76306

940-477-9199

CustomerService@RareBreedTriggers.com

About Us
Installation Videos
Patents
Press Releases
FAQs

Terms And Conditions
Privacy Policy
Legal Status
Waiver & Release

Subscribe to our Newsletter

Enter your email address

Subscribe

Captured by FireShot Pro: 19 May 2026, 02:15:06 PM
https://getfireshot.com