# EXHIBIT T

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



asdesignsfrts • Follow

asdesignsfrts The one and only Rare Breed stopped by the booth at GOALS to give us a "gift" nice meeting you guys! See you soon.

#rarebreed #asdesigns #goals #ARCFire

35w

just.a.gun.guy ✔ Was this during the media only event or the live public one today? I didnt see them at the media event, but wow.. talk about disrespect

35w  6 likes  Reply

matthewkarlovic @just.a.gun.guy public day.

35w  Reply

—— Hide replies

soconnoriv Super Safety will win because of this

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:02:06 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/



 asdesignsfrts • Follow ···

 middleton_made ✔ What a day today has been

35w   13 likes   Reply

levi.blank Rare Breed sure knows how to make friends, don't they? I'm glad to see more people realize that their "win" was just them agreeing to do the government's dirty work of restricting FRTs in exchange for immunity. They're like the prison snitches of our community. I'm happy to support their competitors!

35w   108 likes   Reply

 theken206 @levi.blank the thing is. They have never even shown that to be part of their agreement. At this point its just the word of a bunch of shady fucks, with a bunch of incestuous buisness relationships. Someone pointed out, when has the government ever demanded people patent troll and "aggressively defend" their patents.







Liked by l36uv and others

August 9, 2025

Add a comment...                          Post

Captured by FireShot Pro: 16 April 2026, 08:03:33 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





**asdesignsfrts** • Follow    •••

**printshootrepeat** That's not very cash money of them
35w  193 likes  Reply

**asdesignsfrts** @printshootrepeat nah its ok cuz they started it with "we arent the assholes everyone thinks we are" and "we arent trying to cause a scene this is just formality"
35w  88 likes  Reply

**josephlikesturtles** @asdesignsfrts yea c&d are definitely we do t want any trouble vibes.
35w  21 likes  Reply

**stclaircountyyrs** @printshootrepeat Or maybe too cash money? Because he's a greedy not so little piggy.
35w  12 likes  Reply

—— View replies (7)

Liked by **l36uv** and **others**
August 9, 2025

Add a comment…    Post

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/





**asdesignsfrts** • Follow

**stclaircountyyrs** @printshootrepeat Or maybe too cash money? Because he's a greedy not so little piggy.

35w   12 likes   Reply

**armed_meme_dealer** @asdesignsfrts I feel like doing it behind closed doors would've been the better choice over at a fucking 2A event in front of everyone when they know theyre on the shit list

35w   21 likes   Reply

**adamsa58** @asdesignsfrts "We dont want to cause a scene" Then send it to their attorney's office you unprofessional clowns

35w   45 likes   Reply

**floridagunlawyerspl** @printshootrepeat sue them first for declaratory relief. Crowd fund your legal bills. Put them out of business. LFG!!!!

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:07:08 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





**asdesignsfrts** • Follow    ...

**alexvdubluke** @asdesignsfrts yeaaaaah so there for sure was a handshake with the ATF that they would sue anyone else trying to implement the "totally ok and approved" new tech 😂

35w   1 like   Reply

**thetonygoodwin** @alexvdubluke it's literally in the settlement document. No handshake aspect. They have to actively enforce their patent

35w   2 likes   Reply

**theken206** No, they really dont. They could easily say they have no good faith argument that super safeties infringe on the 223 patent( which considering how often they reference all the other magical patents ABC claims to have isnt a stretch). Per the agreement only the '223 patent needs to be defended. Let's not pretend that Lawrence, Cole and the rest

Liked by **l36uv** and others
August 9, 2025

Add a comment...    Post

Captured by FireShot Pro: 16 April 2026, 08:07:54 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

theken206 No, they really dont. They could easily say they have no good faith argument that super safeties infringe on the 223 patent( which considering how often they reference all the other magical patents ABC claims to have isnt a stretch). Per the agreement only the '223 patent needs to be defended. Let's not pretend that Lawrence, Cole and the rest of those cucks did anything for the good of the American gun owner. That shit is laughable. They did what they did to protect their livelihoods, and the original 28 million dollars they made lol. If they cared about our community and spreading freedom. Literally all they would have to do is say the Hoffman designs dont encroach the '223 patent 👑 👑 👑

35w   3 likes   Reply

skylers_exotics Boycott Rare Breed

35w   5 likes   Reply

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:08:43 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





**asdesignsfrts** • Follow

**stclaircountyyrs** We enjoyed very much speaking with you and Hoffman both during the Media day and Range day. This is an absolutely unconscionable thing to do and we would like to support you in any way we can.

35w  9 likes  Reply

**_j.p.4** Ah hell yeah the fall of RB

35w  10 likes  Reply

**greese44** "Snitches get stitches" or something like that

35w  6 likes  Reply

**tannerbseymour** You've got to be kidding me... This is going too far.

35w  95 likes  Reply

⎯  View replies (6)

Liked by **l36uv** and **others**

August 9, 2025

Add a comment...                                        Post

Captured by FireShot Pro: 16 April 2026, 08:09:29 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





**asdesignsfrts** • Follow

**tannerbseymour** You've got to be kidding me... This is going too far.

35w   95 likes   Reply

**balkenbrij_** @ink2iron wrong, they were the only ones to get their case heard. You dick ride these guys waaaaaay too much (but I think the roids probably plays a part in that)

35w   12 likes   Reply

**regulatedarmament** @ink2iron That doesn't change the nature of patents, IP, and mechanics.

35w   3 likes   Reply

**balkenbrij_** @ink2iron fantastic comeback man, really good thought process and points made with that one.

35w   1 like   Reply

View replies (3)

Liked by **l36uv** and **others**

August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:10:54 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

**balkenbrij_** @ink2iron fantastic comeback man, really good thought process and points made with that one.
35w  1 like  Reply

**blyyat_** @balkenbrij_ he deleted all of his comments 😂😂😂
35w  4 likes  Reply

**nolaccin__a** @balkenbrij_ womp womp no one wants to give money to a company who circle jerks with the atf
35w  1 like  Reply

**balkenbrij_** @nolaccin__a exactly, rare breed are trash
35w  1 like  Reply

—— Hide replies

Liked by **l36uv** and others
August 9, 2025

Add a comment…                                        Post

Captured by FireShot Pro: 16 April 2026, 08:12:11 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/



Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





**asdesignsfrts** • Follow    ...

**theken206** Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂

35w   4 likes   Reply

**inkw8ll** @theken206 I can totally see the government getting them to stop all these small businesses and finding a way to put them in jail afterwards. And voila, no more FRTs or super safeties

35w   Reply

———   Hide replies

**rgw_74** Can we ban rare breed from GOA indefinitely for this shit

35w   60 likes   Reply

♡  ◯  ⇄  ◁                                    ⊡

Liked by **l36uv** and **others**

August 9, 2025

☺  Add a comment...                          Post

Captured by FireShot Pro: 16 April 2026, 08:13:30 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow    •••

jerrycurld They are the worst.
35w  34 likes  Reply

ink2iron Beg to differ.
35w  1 like  Reply

jerrycurld @ink2iron I didn't ask or care about your opinion 🥴
35w  30 likes  Reply

ink2iron @danielpatterson11795 this is social media. Toughen up pusscke
35w  1 like  Reply

jerrycurld @ink2iron 🥴 exactly toughen up and stay quiet when people don't care what you have to say 👀 👀
35w  30 likes  Reply

armed_meme_dealer @ink2iron theyre not

Liked by l36uv and others
August 9, 2025

Add a comment...    Post

Captured by FireShot Pro: 16 April 2026, 08:15:43 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

armed_meme_dealer @ink2iron theyre not gonna let you hit lil bro, quit meat riding them
35w   17 likes   Reply

—— Hide replies

adv_rider22 Lawrence has smol pp energy
35w   2 likes   Reply

theken206 Hopefully Rare Breed ends up out a million bucks 13x for allegedly breaking the terms of the big daddy settlement. AND loses the patent challenge that is about to happen 😂😂😂
35w   4 likes   Reply

—— View replies (1)

thebrokenasianguns Well they can shit in their hands and clap now

Liked by l36uv and others
August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:16:14 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/



**asdesignsfrts** • Follow                                    •••

**thebrokenasianguns** Well they can shit in their hands and clap now
35w    12 likes    Reply

**falloutpropguy11** What scum fr
35w    2 likes    Reply

**jeermmm** That man definitely doesn't shoot😂
35w    9 likes    Reply

**josephlikesturtles** This picture tells me all I need to know about them.
35w    5 likes    Reply

**viles_nemo** @guns_and_gadgets @appalachiabees
35w    1 like    Reply

**gadgetguy1288** They're deleting comments off their IG

Liked by **l36uv** and **others**
August 9, 2025

Add a comment…                                              Post

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



Captured by FireShot Pro: 16 April 2026, 08:17:47 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

**awk15mo** If its the dude in the middle maybe he is going around handing them out as a form of exercise? You helped an obese man get some exercise! Way to go!

35w  5 likes  Reply

**shutty_boy93** @awk15mo baldy on the right is the owner or Rarebreed

35w  Reply

—— Hide replies

**reddirtrecoil** I wouldn't piss on Lawrence if he was on fire.

35w  58 likes  Reply

**spike.2475** @reddirtrecoil same here, however I would have pissed on the floor next to him just to show that I could have pissed on him if

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:18:30 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



**asdesignsfrts** • Follow    ...

reddirtrecoil I wouldn't piss on Lawrence if he was on fire.

35w   58 likes   Reply

spike.2475 @reddirtrecoil same here, however I would have pissed on the floor next to him just to show that I could have pissed on him if I wanted to

35w   19 likes   Reply

——  Hide replies

csutcliff8 I will never buy another one of their products, and I'm ashamed to say i have. I actively recommend anything else when they're mentioned.

35w   8 likes   Reply

Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:19:11 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



asdesignsfrts • Follow

noahl5p Eff them, who goes to a 2a advocacy event to hand out C&D

35w  3 likes  Reply

derringerdoc @asdesignsfrts is this going to affect shipping of orders placed months ago?

35w  Reply

matthewkarlovic @derringerdoc no

35w  Reply

derringerdoc @matthewkarlovic is it too much to say ,"I love you?" I love you!

35w  Reply

derringerdoc @matthewkarlovic I used to respect RareBreed and have one of their AR triggers. They just lost me with this. I don't care if they come out with an MP5 drop in trigger cartridge. I'm done with them

Liked by l36uv and others

August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:20:28 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/



**asdesignsfrts** • Follow

**sgt_garrett_barlo** ✔ Can someone explain please 🙏 thanks in advance!
35w  Reply

> **z_4t_seven** @sgt_garrett_barlo so rare b guys are chin checking everyone selling anything FRT with C.D orders
> 35w  3 likes  Reply
> —— Hide replies

**lsxgto** He's like the snitch from recess
35w  4 likes  Reply

**lean_lantern** Tits McGhee is just mad @asdesignsfrts
35w  4 likes  Reply

**hub.six** I had to look back to this post since RBT was

Liked by **l36uv** and **others**
August 9, 2025

Add a comment…                                    Post

Captured by FireShot Pro: 16 April 2026, 08:21:47 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/



**asdesignsfrts** • Follow

**rubistellarose** 🐷
11w  Reply

**corneliusrangerat** You don't get creases in shorts like that from single day of wear. Greasy fatback and nasty. Atrius and ARC go hard
11w  Reply

**gymjjb** Stop buying rare breed to force this dude to go on a diet
11w  Reply

**zle_bounce** Fuckin maggots hope you guys the best man waiting on that m249 lower 😳
11w  Reply

**panic.in.hispanic__** Tell him you'll do it if he can squat 200 below parallel

Liked by **l36uv** and others
August 9, 2025

Add a comment…                    Post

Captured by FireShot Pro: 16 April 2026, 08:22:53 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



asdesignsfrts • Follow

man waiting on that m249 lower 😳

11w  Reply

panic.in.hispanic__ Tell him you'll do it if he can squat 200 below parallel

35w  Reply

tom.nelson.1999 If they didn't want to cause a scene, they should have sent this through the proper channels. This is a trade show, not a business meeting.

35w  Reply

bmoney1500 Who are the three people in the middle?

35w  Reply

👁 View hidden comments

These comments were hidden because they may be misleading, offensive or spam. People can still tap to view them.

Liked by l36uv and others
August 9, 2025

Add a comment...    Post

Captured by FireShot Pro: 16 April 2026, 08:23:29 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





asdesignsfrts • Follow

Hidden by Instagram

ethan_rascal_aiello I'm in favor of expelling Cohen and DeMonico from the firearms industry. One is essentially a rat and the other is a criminal. Both fueled by greed and fear.

35w  4 likes  Reply

theken206 And that cuck Cole, and everyone else involved in gay breeds incestuous buisness arrangements

35w  3 likes  Reply

ethan_rascal_aiello @theken206 This industry is literally a bunch of chuds masking as 2A advocates.

35w  1 like  Reply

—— Hide replies



Liked by l36uv and others
August 9, 2025

Add a comment...                    Post

Captured by FireShot Pro: 16 April 2026, 08:24:29 PM
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/DNJtM8yu4of/





**asdesignsfrts** • Follow                                    •••

**call_me_ak** lawrence is a trash human being
35w   3 likes   Reply

**c.l.3267** So Brandon Herrera announces he's running for congress again, Sig is still shit, and now rare breeds being a loser
35w   4 likes   Reply

**heathen.actually** Is Rare Breed the fat, gross, soft body in the picture?
35w   5 likes   Reply

**thomas_campbell97** @heathen.actually No, the dude on the right
35w   1 like   Reply

——— Hide replies

Liked by **l36uv** and **others**
August 9, 2025

Add a comment...                                          Post

Captured by FireShot Pro: 16 April 2026, 08:25:02 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**



asdesignsfrts · Follow

eriktheodorevic That fellow is morbidly obese.
35w  2 likes  Reply

gunsandsharpthings_v2 Obese Breed
35w  4 likes  Reply

quadzillaharrison Disgusting
35w  2 likes  Reply

that_merch_trex Fuck those guys!
35w  1 like  Reply

na_90_93 #fuckrarebreed
7w  Reply

jonarbuckle718 What a bunch of ATF cucks
8w  Reply

Liked by l36uv and others
August 9, 2025

Add a comment...                                            Post

Captured by FireShot Pro: 16 April 2026, 08:25:36 PM
https://getfireshot.com

**Page 1**
**Instagram**
https://www.instagram.com/p/DNJtM8yu4of/



asdesignsfrts • Follow

jrider600rr They did the same shit this SHOT show. These guys are total shit bags. They look like shit bags too.

11w   Reply

arms_investor He's too busy handing out C&Ds to manufacture his own products. Since their "win," they've only been selling other people's triggers that they've seized via lawsuits. Lawrence is a grifter scumbag who thinks way too highly of himself, I wouldn't even buy a damn tshirt from that loser.

35w   2 likes   Reply

carbon_bootprint At the end of the day he's a morbidly obese incel. You win.

35w   Reply

207.shooterz hate those phggtts

35w   Reply

Liked by l36uv and others
August 9, 2025

Add a comment...                                    Post

Captured by FireShot Pro: 16 April 2026, 08:26:05 PM
https://getfireshot.com

**Page 1**
**Instagram**
**https://www.instagram.com/p/DNJtM8yu4of/**





asdesignsfrts • Follow

al_bandoflage Faggots. I knew that dude was pro-2a advocate as long as it was 'cash money' for him when he was with Big Daddy Unlimited. Lawsuits suck, even more so when Daddy Gubment is involved, but holy freak a molé, agreeing to a patent monopoly is next level scumlord.

35w  2 likes  Reply

virtus_martius Why is that guy so fat?

35w  Reply

jeremiahbull06 What a fat piece of shit

35w  3 likes  Reply

thejoshston They are one of the biggest faggots in the 2A space.

35w  5 likes  Reply

Liked by l36uv and others

August 9, 2025

Add a comment...                                                      Post

Captured by FireShot Pro: 16 April 2026, 08:26:39 PM
https://getfireshot.com