An official website of the United States government    Here's how you know

USPTO®

## Patent Center

Patents ▾   Trademarks ▾   Fees and payment ▾   Contact Us ▾   MyUSPTO   JOHN SKERIOTIS ▾

Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search    Patent Center Help

Back to home

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

# 18/325,225 | RARETRG 12US: FIREARM TRIGGER MECHANISM    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/325,225 | 5749 | RARETRG 12US | 12,038,247<br>Download PDF    Text<br>Issued – 07/16/2024 | 05/30/2023 | Patented Case 06/26/2024 |

Application Data

Documents & Transactions

**Continuity**

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/325,225 | Claims priority from a provisional application | 63/374,941 | 09/08/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/547,098 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/325,225 |
| 19/547,167 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/325,225 |
| 18/761,606 | 07/02/2024 | Patented | 12578159 | Yes | is a Continuation of | 18/325,225 |

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce        Freedom of Information Act

Accessibility        Inspector General

Privacy Policy        NoFEAR Act

Financial and Performance Data        USA.gov

Vulnerability Disclosure Policy

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com        Subscribe



UNITED STATES PATENT AND TRADEMARK OFFICE ®

Follow us

An official website of the United States government    Here's how you know

# uspto ®

## Patent Center

Patents ▾    Trademarks ▾    Fees and payment ▾    Contact Us ▾    MyUSPTO    JOHN SKERIOTIS ▾

| Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search |

Patent Center Help

Back to home

Pay maintenance fees          Order certified copies          Global Dossier          Download          Print

## 18/665,926 | RARETRG-14US3: FIREARM TRIGGER MECHANISM     PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/665,926 | 4557 | RARETRG–14US3 | 12,274,807 <br> Download PDF   Text <br> Issued – 04/15/2025 | 05/16/2024 | Patented Case 03/26/2025 |

- Application Data
- Documents & Transactions
- **Continuity**
- Patent Term Adjustment
- Foreign priority
- Fee payment history
- Address & Attorney/Agent Information
- Supplemental Content
- Assignments
- Display References
- eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/665,926 | is a Continuation of | 18/346,423 | 07/03/2023 | Patented | 12036336 | Yes |
| 18/346,423 | is a Continuation of | 18/048,572 | 10/21/2022 | Patented | 11724003 | Yes |
| 18/048,572 | Claims priority from a provisional application | 63/297,884 | 01/10/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/033,141 | 01/21/2025 | Patented | 12636403 | Yes | is a Continuation of | 18/665,926 |
| 19/676,323 | – | Pending | – | – | is a Continuation of | 18/665,926 |

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce          Freedom of Information Act
Accessibility                              Inspector General
Privacy Policy                           NoFEAR Act
Financial and Performance Data      USA.gov
Vulnerability Disclosure Policy

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com          Subscribe



UNITED STATES PATENT AND TRADEMARK OFFICE ®

Follow us

USPTO®

Patents ▾   Trademarks ▾   Fees and payment ▾   Contact Us ▾   MyUSPTO JOHN SKERIOTIS ▾

## Patent Center

| Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search | | Patent Center Help |

Back to home

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

# 18/968,984 | RARETRG-47US: Safety Mechanism for Firearm   PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/968,984 | 9467 | RARETRG-47US | 12,529,538 Download PDF   Text Issued – 01/20/2026 | 12/04/2024 | Patented Case 01/07/2026 |

Application Data

Documents & Transactions

**Continuity**

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

eGrant/eCofC

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/968,984 | Claims priority from a provisional application | 63/605,793 | 12/04/2023 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/442,391 | 01/07/2026 | Pending | – | Yes | is a Continuation of | 18/968,984 |

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Financial and Performance Data

Vulnerability Disclosure Policy

Freedom of Information Act

Inspector General NoFEAR Act

USA.gov

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com   Subscribe

Follow us



UNITED STATES PATENT AND TRADEMARK OFFICE ®



An official website of the United States government    Here's how you know

# USPTO ®

Patents ▾    Trademarks ▾    Fees and payment ▾    Contact Us ▾    MyUSPTO    JOHN SKERIOTIS ▾

## Patent Center

Home    New submission ▾    Existing submissions ▾    Petitions ▾    Post grant ▾    Workbench ▾    Manage ▾    Search    Patent Center Help

[Back to home](#)

Pay maintenance fees    Order certified copies    Global Dossier    Download    Print

## 18/761,606 | RARETRG–12CON: FIREARM TRIGGER MECHANISM    PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 18/761,606 | 7193 | RARETRG–12CON | 12,578,159<br>Download PDF   Text<br>Issued – 03/17/2026 | 07/02/2024 | Patented Case 03/04/2026 |

Application Data

Documents & Transactions

**Continuity**

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 18/761,606 | is a Continuation of | 18/325,225 | 05/30/2023 | Patented | 12038247 | Yes |
| 18/325,225 | Claims priority from a provisional application | 63/374,941 | 09/08/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/547,098 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/761,606 |
| 19/547,167 | 02/23/2026 | Pending | – | Yes | is a Continuation of | 18/761,606 |

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Financial and Performance Data

Vulnerability Disclosure Policy

Freedom of Information Act

Inspector General

NoFEAR Act

USA.gov

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    **Subscribe**



UNITED STATES
PATENT AND TRADEMARK OFFICE ®

Follow us

An official website of the United States government    Here's how you know

**USPTO** ®

# Patent Center

Home | New submission ▾ | Existing submissions ▾ | Petitions ▾ | Post grant ▾ | Workbench ▾ | Manage ▾ | Search | Patent Center Help

Patents ▾   Trademarks ▾   Fees and payment ▾   Contact Us ▾   MyUSPTO   JOHN SKERIOTIS ▾

[Back to home](#)

Pay maintenance fees | Order certified copies | Global Dossier | Download | Print

## 19/033,141 | RARETRG–14US4: FIREARM TRIGGER MECHANISM  [ PUBLIC VIEW ]

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 19/033,141 | 2095 | RARETRG–14US4 | 12,636,403  Download  PDF  Text  Issued – 05/26/2026 | 01/21/2025 | Patented Case 05/13/2026 |

---

Application Data

Documents & Transactions

**Continuity**

Patent Term Adjustment

Foreign priority

Fee payment history

Address & Attorney/Agent Information

Supplemental Content

Assignments

Display References

eGrant

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 19/033,141 | is a Continuation of | 18/665,926 | 05/16/2024 | Patented | 12274807 | Yes |
| 18/665,926 | is a Continuation of | 18/346,423 | 07/03/2023 | Patented | 12036336 | Yes |
| 18/346,423 | is a Continuation of | 18/048,572 | 10/21/2022 | Patented | 11724003 | Yes |
| 18/048,572 | Claims priority from a provisional application | 63/297,884 | 01/10/2022 | Expired | –– | – |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 19/676,323 | – | Pending | – | – | is a Continuation of | 19/033,141 |

---

About the USPTO • Search for patents •    Search for trademarks

US Department of Commerce          Freedom of Information Act

Accessibility                      Inspector General

Privacy Policy                     NoFEAR Act

Financial and Performance Data     USA.gov

Vulnerability Disclosure Policy

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

[your@email.com]  [ Subscribe ]



**UNITED STATES PATENT AND TRADEMARK OFFICE** ®

Follow us