# EXHIBIT 1

**From:** Ben Christoff <christoff@fr.com>
**Sent:** Friday, May 22, 2026 2:20 PM
**To:** afloyd@floydip.com
**Cc:** jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>; Conor Civins <conor.civins@bracewell.com>; Atrius-RareBreed@mckoolsmith.com; jshull@bannerwitcoff.com; ted@polaseklaw.com; Thepewmarket@gmail.com; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Darryl.Adams@bakerbotts.Com; Jgray@sgbfirm.Com; Tflores@sgbfirm.Com; Gbellamy@whe-Law.com; melissa@gillamsmithlaw.com; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; tom@gillamsmithlaw.com
**Subject:** RE: 26-cv-3176 (EDTX) - Coordination re PI, Amending Complaints

Counsel,

I'm following up on the below and our discussions this week to ask for your positions on our forthcoming motions.  Note that there have been some minor updates to our plans, mostly because there is a new patent that we plan to assert which is set to issue on Tuesday.  Could you please get back to us **today** with your positions on each motion, as updated below?  If you would like to discuss further, let me know, or just give me a call.

- **Preliminary note on timing for filing all the below motions** - I mentioned on at least some of the calls that we were intending to file the below motions today (Friday).  But we now plan to wait until **Tuesday of next week** to file them, although the filing process may continue into Wednesday.  This way we can include the new patent in the PI motion.
- **Motion for PI** - No changes from what we discussed.  We plan to ask for a preliminary injunction against all Super Safety and similar products in the above-captioned case.
- **Motion for oversized brief** - Here, we are planning to ask for 40 pages in opening brief and **25** pages in reply.  I mentioned 20 pages on our calls, but we think 25 pages would be more appropriate, given the new evidence that will likely be involved at that stage, and some of you mentioned defenses that you plan to assert.  To be clear, we would be amenable to Defendants also getting 25 pages in their sur-reply, but we do not plan to specifically request that in our motion.
- **Motion to seal** - No changes from what we discussed.  We plan to ask to file the PI motion and supporting declarations under seal to protect Rare Breed's confidential business information.
- **Motion for expedited discovery** - As discussed, we plan to ask for 20 days to respond to a small number of interrogatories and RFPs and produce documents, and 21 days after that for fact and 30(b)(6) depositions.  We plan to time our reply brief to 10 days after the deposition period.
- **Motion for leave to amend complaints to add the new patent** - I believe I mentioned on each call that a new patent is about to issue on Tuesday that we plan to assert.  So on Tuesday, we plan to seek leave to amend all the complaints to add the new patent, asserting it against all accused products in the cases (not just the Super Safety or similar products that will be at issue in our PI motion).

Thanks again,
Ben

1

**Benjamin J Christoff ::** Fish & Richardson P.C. **::** +1-202-626-7724

**From:** Ben Christoff <christoff@fr.com>
**Sent:** Tuesday, May 19, 2026 2:48 PM
**To:** Adam Floyd <AFloyd@floydip.com>
**Cc:** jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>; Conor Civins <conor.civins@bracewell.com>; Atrius-RareBreed@mckoolsmith.com; jshull@bannerwitcoff.com; ted@polaseklaw.com; Thepewmarket@gmail.com; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Darryl.Adams@bakerbotts.Com; Jgray@sgbfirm.Com; Tflores@sgbfirm.Com; Glenn Bellamy <gbellamy@whe-law.com>; melissa@gillamsmithlaw.com; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; tom@gillamsmithlaw.com
**Subject:** RE: 26-cv-3176 (EDTX) - Coordination re PI, Amending Complaints

That works.  I'll send a calendar invite shortly.

**Benjamin J Christoff ::** Fish & Richardson P.C. **::** +1-202-626-7724

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Tuesday, May 19, 2026 2:23 PM
**To:** Ben Christoff <christoff@fr.com>
**Cc:** jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>; Conor Civins <conor.civins@bracewell.com>; Atrius-RareBreed@mckoolsmith.com; jshull@bannerwitcoff.com; ted@polaseklaw.com; Thepewmarket@gmail.com; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Darryl.Adams@bakerbotts.Com; Jgray@sgbfirm.Com; Tflores@sgbfirm.Com; Glenn Bellamy <gbellamy@whe-law.com>; melissa@gillamsmithlaw.com; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; tom@gillamsmithlaw.com
**Subject:** Re: 26-cv-3176 (EDTX) - Coordination re PI, Amending Complaints

Ben,

Does Thursday at 1 pm CT work?  It was the only slot that worked for everyone on our team.  We have more availability next week, but I understand your urgency.

Best,
Adam

On Mon, May 18, 2026 at 8:18 PM Ben Christoff <christoff@fr.com> wrote:

All,

Thanks for your responses.  Given the varying windows of availability, I'll send calendar invites as follows:

- John, Conor, and Jason: Tuesday, 3pm ET

2

- Ted: Wednesday, 3pm ET

Adam, could you please give us a window or two of availability Wednesday or Thursday?

Thanks,

Ben

**Benjamin J Christoff :** Fish & Richardson P.C. **:** +1-202-626-7724

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Monday, May 18, 2026 10:06 AM
**To:** Ben Christoff <christoff@fr.com>
**Cc:** jms@etblaw.com; Sergey Vernyuk <sv@etblaw.com>; Conor Civins <conor.civins@bracewell.com>; Atrius-RareBreed@mckoolsmith.com; jshull@bannerwitcoff.com; ted@polaseklaw.com; Thepewmarket@gmail.com; chris.mierzejewski@bracewell.com; Michael.chibib@bracewell.com; Darryl.Adams@bakerbotts.Com; Jgray@sgbfirm.Com; Tflores@sgbfirm.Com; Glenn Bellamy <gbellamy@whe-law.com>; melissa@gillamsmithlaw.com; [FR Service] ABC IP/Rare Breed <FRServiceABCIPRareBreed@fr.com>; tom@gillamsmithlaw.com
**Subject:** Re: 26-cv-3176 (EDTX) - Coordination re PI, Amending Complaints

[This email originated outside of F&R.]

Ben,

I'm not available either day.  I represent Atrius Development Group.

Best Regards,

Adam

On Fri, May 15, 2026 at 7:34 PM Ben Christoff <christoff@fr.com> wrote:

Defendants' counsel,

I write to coordinate with you on two issues.

First, Plaintiffs plan to move for preliminary injunction against all MDL defendants.  Despite a lot of overlap in the  accused products, because of the number of parties involved, expedited discovery, and a new patent soon to issue that covers all defendants, the procedures involved in resolving these preliminary injunction motions could be complex.  We currently envision filing one or more omnibus PI motions that exceed ordinary page limits, supplementing as appropriate as new defendants join the MDL, and we plan to seek the Court's guidance on this approach.  Before going to the Court we would like to discuss these logistical aspects with you, including:

1. coordinated schedules, including—filing dates, opposition deadlines, reply deadlines, and a hearing as appropriate;
2. expedited discovery; and
3. page limits.

Accordingly, please let us know your availability for a call **Monday or Tuesday (May 18 or 19)**.

Separately, we plan to file motions to re-urge our motions for leave to amend that were filed in the cases listed below.  Please let us know whether you oppose.

a. *ABC IP, LLC v. Nguyen* — 4:26-cv-00425-ALM
b. *ABC IP, LLC v. 80 Mills, et al.* — 4:26-cv-00380-ALM
c. *ABC IP, LLC v. DNT, et al.* — 4:26-md-00377-ALM
d. *ABC IP, LLC v. Hanes Tactical LLC* — 4:26-cv-00369-ALM
e. *ABC IP, LLC v. Harrison Gunworks* — 4:26-cv-00379-ALM
f. *ABC IP, LLC v. Z3 Productions LLC* — 4:26-cv-00367-ALM

Thanks,

4

Ben

**Benjamin J Christoff**
Principal ■ Fish & Richardson P.C.

**T:** 202 626 7724 | christoff@fr.com

**********************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
**********************************************************************************
************************************

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.

**********************************************************************************

```
*************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
*************************************************************************************
*************************************
```

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.