IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>80MILLS LLC d/b/a TACTICAL TITAN SUPPLY et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00380-ALM) |
| RARE BREED TRIGGERS, INC. et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00377-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANES TACTICAL LLC et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00369-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRISON GUNWORKS LLC et al., | (CASE NO. 4:26-cv-00379-ALM) |

| | |
|---|---|
| Defendants. | |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN THANH NGUYEN d/b/a POLYMER PEW et al.,<br><br>Defendants. | (CASE NO. 4:26-cv-00425-ALM) |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Z3 PRODUCTIONS LLC d/b/a Z3PRO,<br><br>Defendant. | (CASE NO. 4:26-cv-00367-ALM) |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

The Court, having considered Defendants' Motion for Leave to Exceed Page Limitation ("Motion"), to which no response in opposition was filed:

**IT IS ORDERED** that Defendants' Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the page limit for Defendants' Opposition to Plaintiffs' Consolidated Motion for Preliminary Injunction (Dkt. #7 in no. 4:26-md-03176-ALM) is hereby increased from fifteen (15) pages to twenty-eight (28) pages.

**IT IS SO ORDERED.**

**SIGNED this 14th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE